**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND GP I, L.L.C., and OPENAI STARTUP FUND MANAGEMENT, LLC<br><br>Defendants. | Case No.  5:24-cv-04710-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Millette hereby gives notice that Defendants OpenAI, L.P., OpenAI GP, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund GP I, L.L.C., and OpenAI Startup Fund Management, LLC (the "Dismissed OpenAI Entities") are voluntarily dismissed from this matter without prejudice. Plaintiff makes this voluntary dismissal based on representations from Counsel for the Dismissed OpenAI Entities that OpenAI, L.P. changed its name to OpenAI OpCo, L.L.C. in January 2023, and that the remaining Dismissed OpenAI Entities are not related to the allegations at issue in this action. Plaintiff reserves all rights as against the Dismissed OpenAI Entities should these representations prove incorrect. The Dismissed Entities have stipulated and agreed that the statute of limitations for any and all claims or causes of action, if any, by Plaintiff and members of the putative class against the Dismissed OpenAI Entities arising out of the allegations in the Complaint, Dkt. 1, shall be tolled from the filing date of this lawsuit until the date this matter is resolved, or until the date of final order denying class certification, if any, is issued, whichever is earlier. No Answer or Motion for Summary Judgment has been filed in this matter by the Dismissed OpenAI Entities.

Defendants OpenAI, Inc. and OpenAI OpCo, L.L.C. will remain as Defendants in this matter and all claims against them will continue.

Dated: September 11, 2024

**BURSOR & FISHER, P.A.**
By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor

New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiff*