**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

*Attorneys for Plaintiff*

*[additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DAVID MILLETTE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND GP I, L.L.C., and OPENAI STARTUP FUND MANAGEMENT, LLC,

Defendants.

Case No. 5:24-cv-04710-EJD

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND BRIEFING SCHEDULE**

Hon. Edward J. Davila

**STIPULATION**

WHEREAS, on August 2, 2024, Plaintiff David Millette filed his complaint in this action (ECF No. 1);

WHEREAS, Defendants filed their Motion to Dismiss on September 4, 2024, Plaintiff's Opposition to Defendants' Motion to Dismiss is due on September 18, 2024, and Defendants' Reply is due September 25, 2024 (ECF No. 35);

WHEREAS, the case was reassigned to Judge Edward J. Davila on September 6, 2024 (ECF No. 37);

WHEREAS, the Motion to Dismiss hearing is currently scheduled for November 7, 2024;

WHEREAS, the Parties met and conferred and Plaintiff's counsel requested an additional 30 days to respond to Defendants' Motion to Dismiss. Defendants requested an additional 30-day extension for their Reply. The Parties also agreed to stay discovery until the pleadings are resolved.

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel and subject to the Court's approval that:

- Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss be moved from **September 18, 2024** to **October 18, 2024**.
- Defendants' deadline to file its Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss be moved from **September 25, 2024** to **November 18, 2024**.
- Discovery is stayed while the Motion is pending.
- A hearing on the Motion to Dismiss be held on **Thursday, January 16, 2025** or a date as set by the Court.

Dated: September 17, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ L. Timothy Fisher</u>*

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)

1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

Dated: September 17, 2024

**LATHAM & WATKINS LLP**

By: */s/ Elana Nightingale Dawson*
Elana Nightingale Dawson

Andrew M. Gass (SBN 259694)
*andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
*joe.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

Allison L. Stillman (*pro hac vice*)
*alli.stillman@lw.com*
Rachel R. Blitzer (*pro hac vice*)
*rachel.blitzer@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
*jgratz@mofo.com*
Vera Ranieri (SBN 271594)
*vranieri@mofo.com*
Melody E. Wong (SBN 341494)
*melodywong@mofo.com*
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

Allyson R. Bennett (SBN 302090)
*abennett@mofo.com*
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200

Carolyn M. Homer (SBN 286441)
*cmhomer@mofo.com*
2100 L Street NW Suite 900
Washington, D.C., 20037-1525
Telephone: (202) 887-1500

Max I. Levy (SBN 346289)
*mlevy@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (653) 813- 5600

*Attorneys for Defendants*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

**~~[PROPOSED]~~ ORDER**

Upon review of the foregoing stipulation of the Parties, and finding good cause for the same, the Court hereby orders the following deadlines amended as follows:

- Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss be moved from **September 18, 2024** to **October 18, 2024**.
- Defendants' deadline to file its Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss be moved from **September 25, 2024** to **November 18, 2024**.
- Discovery is stayed while the Motion is pending.
- A hearing on the Motion to Dismiss be held on **January 16, 2025** at 9:00 a.m. ~~or ________________~~.

**IT IS SO ORDERED.**

Dated: September 18, 2024

Hon. Edward J. Davila
United States District Judge