UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Millette<br><br>                    Plaintiff(s)<br>v.<br><br>OpenAI, Inc. et al.<br><br>                    Defendant(s) | CASE No C 5:24-cv-04710-EJD<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 10/17/2024                    _Kenny Hwang_ (Signed by)    On behalf of OpenAI, Inc.
                                                           Party

Date: 10/17/2024                    /s/ Elana Nightingale Dawson
                                                         Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: October 17, 2024              /s/ Elana Nightingale Dawson
                                                         Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*

**ATTORNEY ATTESTATION**

I, Elana Nightingale Dawson, attest that concurrence in the filing of this ADR Certification by Parties and Counsel, has been obtained from the signatory.

Executed this 17th day of October 2024, in Washington, D.C.

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson
of LATHAM & WATKINS LLP