[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE and RUSLANA PETRYAZHNA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC. and OPENAI OPCO, L.L.C.,<br><br>Defendants. | Case No. 5:24-cv-04710-EJD<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila |

1  Pursuant to Northern District of California Local Rules 6-1 and 6-2, the parties in the
2  above-captioned action hereby stipulate and agree as follows:
3  WHEREAS, Defendants filed their Motion to Dismiss on September 4, 2024 (ECF No.
4  35);
5  WHEREAS, the case was reassigned to Judge Edward J. Davila on September 6, 2024
6  (ECF No. 37);
7  WHEREAS, pursuant to the Parties' stipulation, ECF No. 41, and order of this Court,
8  ECF No. 42, Plaintiff's Opposition to Defendants' Motion to Dismiss was due on October 18,
9  2024, Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss was due on
10 November 18, 2024, and a hearing on the Motion to Dismiss was set for Thursday, January 16,
11 2025;
12 WHEREAS, Plaintiffs filed an Amended Complaint on October 18, 2024;
13 WHEREAS, Defendants' response to the Amended Complaint is due on November 1,
14 2024;
15 WHEREAS, the Parties met and conferred and agreed to the below briefing schedule to
16 accommodate the schedules of counsel for both Parties;
17 WHEREAS, consistent with their prior agreement and stipulation, *see* ECF No. 41, the
18 parties agree that discovery shall be stayed while Defendants' anticipated Motion to Dismiss
19 remains pending;
20 WHEREAS extending the deadlines as requested above would require moving the
21 hearing on the Motion to Dismiss, which is currently set for January 16, 2025, *see* ECF No. 42,
22 and the Case Management Conference, which is currently set for February 13, 2025, *see* ECF
23 No. 43;
24 **NOW THEREFORE,** it is hereby stipulated by and between the parties, through their
25 respective counsel and subject to the Court's approval that:
26 - Defendants' deadline to file a Motion to Dismiss the Amended Complaint be
27   moved from **November 1, 2024** to **December 16, 2024**;
28

- Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss will be **February 7, 2025**;

- Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss will be **March 10, 2025**;

- Discovery is stayed while Defendants' anticipated Motion to Dismiss the Amended Complaint is pending.

Dated: October 30, 2024

By:    */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | Dated: October 30, 2024 |
| 2 | |
| 3 | By:   */s/ Elana Nightingale Dawson* |
| 4 | **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694) |
| 5 | andrew.gass@lw.com<br>Joseph R. Wetzel (SBN 238008) |
| 6 | *joseph.wetzel@lw.com*<br>505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 8 | Sarang V. Damle (*pro hac vice*) |
| 9 | *sy.damle@lw.com*<br>Michael A. David (*pro hac vice*) |
| 10 | *michael.david@lw.com*<br>Elana Nightingale Dawson (*pro hac vice*) |
| 11 | *elana.nightingaledawson@lw.com*<br>555 Eleventh Street, NW, Suite 1000 |
| 12 | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 13 | Allison L. Stillman (*pro hac vice*) |
| 14 | *alli.stillman@lw.com*<br>Herman H. Yue *(pro hac vice)* |
| 15 | *herman.yue@lw.com*<br>Rachel R. Blitzer *(pro hac vice)* |
| 16 | *rachel.blitzer@lw.com*<br>1271 Avenue of the Americas |
| 17 | New York, NY 10020<br>Telephone: 212.751.4864 |
| 18 | |
| 19 | By:   */s/ Carolyn Homer* |
| 20 | **MORRISON & FOERSTER LLP**<br>Joseph C. Gratz (SBN 240676) |
| 21 | *jgratz@mofo.com*<br>Vera Ranieri (SBN 271594) |
| 22 | *vranieri@mofo.com*<br>Melody E. Wong (SBN 341494) |
| 23 | *melodywong@mofo.com*<br>425 Market Street |
| 24 | San Francisco, CA 94105<br>Telephone: 415.258.7522 |
| 25 | Carolyn Myrle Homer |
| 26 | *cmhomer@mofo.com*<br>2100 L Street, NW, Suite 900 |
| 27 | Washington, DC 20037<br>Telephone: 202.650.4597 |
| 28 | Rose S. Lee (SBN 294658) |

*roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454
250 W. 55th St
New York, NY 10019
Telephone: 212-336-4061

Max I. Levy (SBN 346289)
*mlevy@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

*Attorneys for OpenAI Defendants*

**ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Extension Of Time To Respond To The First Amended Complaint. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Elana Nightingale Dawson, attest that concurrence in the filing of this document has been obtained.

Dated: October 30, 2024                    /s/ Elana Nightingale Dawson

# [PROPOSED] ORDER

Upon review of the foregoing stipulation of the Parties, and finding good cause for the same, the Court hereby amends the following deadlines as follows:

- Defendants' deadline to file a Motion to Dismiss the Amended Complaint be moved from **November 1, 2024** to **December 16, 2024**;
- Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss will be **February 7, 2025**;
- Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss will be **March 10, 2025**;
- Discovery is stayed while Defendants' anticipated Motion to Dismiss the Amended Complaint is pending.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____        _____
                                                                                    Hon. Edward J. Davila
                                                                                    United States District Judge