[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE and RUSLANA PETRYAZHNA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC. and OPENAI OPCO, L.L.C.,<br><br>Defendants. | Case No.  5:24-cv-04710-EJD<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila |

1  Pursuant to Northern District of California Local Rules 6-1 and 6-2, the parties in the
2  above-captioned action hereby stipulate and agree as follows:
3  WHEREAS, Defendants filed their Motion to Dismiss on September 4, 2024 (ECF No.
4  35);
5  WHEREAS, the case was reassigned to Judge Edward J. Davila on September 6, 2024
6  (ECF No. 37);
7  WHEREAS, pursuant to the Parties' stipulation, ECF No. 41, and order of this Court,
8  ECF No. 42, Plaintiff's Opposition to Defendants' Motion to Dismiss was due on October 18,
9  2024, Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss was due on
10  November 18, 2024, and a hearing on the Motion to Dismiss was set for Thursday, January 16,
11  2025;
12  WHEREAS, Plaintiffs filed an Amended Complaint on October 18, 2024;
13  WHEREAS, Defendants' response to the Amended Complaint is due on November 1,
14  2024;
15  WHEREAS, the Parties met and conferred and agreed to the below briefing schedule to
16  accommodate the schedules of counsel for both Parties;
17  WHEREAS, consistent with their prior agreement and stipulation, *see* ECF No. 41, the
18  parties agree that discovery shall be stayed while Defendants' anticipated Motion to Dismiss
19  remains pending;
20  WHEREAS extending the deadlines as requested above would require moving the
21  hearing on the Motion to Dismiss, which is currently set for January 16, 2025, *see* ECF No. 42,
22  and the Case Management Conference, which is currently set for February 13, 2025, *see* ECF
23  No. 43;
24  **NOW THEREFORE,** it is hereby stipulated by and between the parties, through their
25  respective counsel and subject to the Court's approval that:
26  - Defendants' deadline to file a Motion to Dismiss the Amended Complaint be
27    moved from **November 1, 2024** to **December 16, 2024**;
28

1  • Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss will be
2  **February 7, 2025**;
3  • Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants'
4  Motion to Dismiss will be **March 10, 2025**;
5  • Discovery is stayed while Defendants' anticipated Motion to Dismiss the
6  Amended Complaint is pending.

Dated: October 30, 2024

By:   */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
           jdiamond@bursor.com

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | Dated: October 30, 2024 |
| 2 | |
| 3 | By:   */s/ Elana Nightingale Dawson* |
| | **LATHAM & WATKINS LLP** |
| 4 | Andrew M. Gass (SBN 259694) |
| |   andrew.gass@lw.com |
| 5 | Joseph R. Wetzel (SBN 238008) |
| |   joseph.wetzel@lw.com |
| 6 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 7 | Telephone: 415.391.0600 |

Sarang V. Damle (*pro hac vice*)
  sy.damle@lw.com
Michael A. David (*pro hac vice*)
  michael.david@lw.com
Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
  alli.stillman@lw.com
Herman H. Yue *(pro hac vice)*
  herman.yue@lw.com
Rachel R. Blitzer *(pro hac vice)*
  rachel.blitzer@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864


By:   */s/ Carolyn Homer*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
  jgratz@mofo.com
Vera Ranieri (SBN 271594)
  vranieri@mofo.com
Melody E. Wong (SBN 341494)
  melodywong@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Carolyn Myrle Homer
  cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597

Rose S. Lee (SBN 294658)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

*roselee@mofo.com*  
707 Wilshire Boulevard, Suite 6000  
Los Angeles, CA 90017-3543  
Telephone: 213.892.5454  
250 W. 55th St  
New York, NY 10019  
Telephone: 212-336-4061  

Max I. Levy (SBN 346289)  
*mlevy@mofo.com*  
755 Page Mill Road  
Palo Alto, CA 94304  
Telephone: 650.813.5600  

*Attorneys for OpenAI Defendants*

**ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Extension Of Time To Respond To The First Amended Complaint. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Elana Nightingale Dawson, attest that concurrence in the filing of this document has been obtained.

Dated: October 30, 2024                                  /s/ Elana Nightingale Dawson

## [PROPOSED] ORDER

Upon review of the foregoing stipulation of the Parties, and finding good cause for the same, the Court hereby amends the following deadlines as follows:

- Defendants' deadline to file a Motion to Dismiss the Amended Complaint be moved from **November 1, 2024** to **December 16, 2024**;
- Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss will be **February 7, 2025**;
- Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss will be **March 10, 2025**;
- Discovery is stayed while Defendants' anticipated Motion to Dismiss the Amended Complaint is pending.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 30, 2024

Hon. Edward J. Davila
United States District Judge