**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
         jdiamond@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE and RUSLANA PETRYAZHNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., AND OPENAI OPCO, L.L.C.,<br><br>Defendants. | Case No. 5:24-cv-04710-EJD<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: May 15, 2025<br>Time:  9:00 AM<br>Courtroom: 4<br>Judge:  Hon. Edward J. Davila |

Pursuant to N.D. Cal. Civ. L.R. 7-3(b), Plaintiffs respectfully file this Statement of Non-Opposition to Defendants' Motion to Dismiss (ECF No. 55) the state law claims brought by Plaintiff Millette under Counts I, II, and III of the First Amended Complaint.  ECF No. 47.  The Direct Copyright Infringement claim asserted by Plaintiff Petryazhna under Count IV remains unaffected by this Notice as it was not challenged in Defendants' Motion.

Dated: February 7, 2025                **BURSOR & FISHER, P.A.**

By: ___/s/ L. Timothy Fisher___
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
           jdiamond@bursor.com

*Attorneys for Plaintiffs*