UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>OPENAI, INC., et al.,<br><br>        Defendants. | Case No.  5:24-cv-04710-EJD<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: ECF No. 55 |

     After Plaintiffs David Millette and Ruslana Petryazhna filed their First Amended Complaint, ECF No. 47, Defendants OpenAI, Inc. and OpenAI OpCo, L.L.C. moved to dismiss their state-law claims (Counts I–III). ECF No. 55. Plaintiffs indicated that they do not oppose dismissal of their state-law claims. ECF No. 63. Therefore, the Court **GRANTS** the motion to dismiss and dismisses Counts I–III with prejudice. This case shall proceed on Count IV (direct copyright infringement).

     **IT IS SO ORDERED.**

Dated: March 24, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-04710-EJD
ORDER GRANTING MOT. TO DISMISS    1