| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694)<br>  andrew.gass@lw.com<br>Joseph R. Wetzel (SBN 238008)<br>  joseph.wetzel@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Sarang V. Damle (*pro hac vice*)<br>  sy.damle@lw.com<br>Elana Nightingale Dawson (*pro hac vice*)<br>  elana.nightingaledawson@lw.com<br>Michael A. David (*pro hac vice*)<br>  michael.david@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br>  alli.stillman@lw.com<br>Rachel R. Blitzer (p*ro hac vice*)<br>  rachel.blitzer@lw.com<br>Herman H. Yue (*pro hac vice*)<br>  herman.yue@lw.com<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  212.906.1747<br><br>Allison S. Blanco (SBN 287554)<br>  allison.blanco@lw.com<br>650 Town Center Drive 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714.540.1235 | **MORRISON & FOERSTER LLP**<br>Joseph Charles Gratz (SBN 240676)<br>  jgratz@mofo.com<br>Melody Ellen Wong (SBN 341494)<br>  melodywong@mofo.com<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.258.7522<br><br>Carolyn M. Homer (CA SBN 286441)<br>  cmhomer@mofo.com<br>2100 L Street NW Suite 900<br>Washington, D.C., 20037<br>Telephone: 202.887.1500<br><br>Max I. Levy (SBN 346289)<br>  mlevy@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: 650.813.5600<br><br>Rose S. Lee (SBN)<br>  roselee@mofo.com<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017<br>Telephone: 213.892.5355<br><br>*Attorneys for Defendants OpenAI, Inc., and OpenAI OpCo, L.L.C.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE, et al.,<br><br>                    Plaintiff,<br><br>   v.<br><br>OPENAI, INC., et al.,<br><br>                    Defendants. | Case No. 5:24-cv-04710-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR SECOND AMENDED COMPLAINT AND ANSWER**<br><br>Judge: Hon. Edward J. Davila<br><br>**\* AS MODIFIED \*** |

Pursuant to Northern District of California Local Rules 6-1 and 6-2, the Parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, Defendants filed their Motion to Dismiss the First Amended Class Action Complaint on December 16, 2024 (ECF No. 55) seeking dismissal of all of the state-law claims filed by plaintiffs David Millette ("Millette") and Ruslana Petryazhna ("Petryazhna");

WHEREAS, Plaintiffs filed a Statement of Non-Opposition to Defendants' Motion to Dismiss the First Amended Class Action Complaint on February 13, 2025 (ECF No. 63) indicating that Millette and Petryazhna did not oppose dismissal of the state-law claims, but noting that Petryazhna's claim for direct copyright infringement (Count IV), which was not challenged in Defendants' motion to dismiss, would survive;

WHEREAS, the Court granted Defendants Motion to Dismiss the First Amended Class Action Compliant on March 24, 2025 (ECF No. 65);

WHEREAS, the Court's order dismissed counts I-III with prejudice, thereby dismissing with prejudice the only claims filed by Millette and leaving Count IV for direct copyright infringement brought by plaintiff Petryazhna;

WHEREAS, the Parties have met and conferred and agree that the operative complaint should be amended to remove claims and allegations on behalf of Millette that are no longer live in light of the dismissal of his claims before Defendants file their Answer;

WHEREAS, the Parties agree that the newly amended complaint will remove claims and factual allegations related to Millette, and will assert only a single claim for direct copyright infringement on behalf of Petryazhna and the putative class(es) she seeks to represent, based on the same facts and circumstances alleged in the First Amended Complaint;

WHEREAS, the Parties met and conferred and agreed to the below pleading schedule to accommodate the schedules of counsel for both Parties;

Case 5:24-cv-04710-EJD   Document 69   Filed 04/03/25   Page 3 of 5
Case 5:24-cv-04710-EJD   Document 69   Filed 04/03/25   Page 3 of 5

**NOW THEREFORE**, it is hereby stipulated by and between the Parties, through their respective counsel and subject to the Court's approval that:

- Plaintiffs' deadline to file a Second Amended Complaint removing the dismissed claims and dismissing David Millette from this action and asserting a single claim for direct copyright infringement on behalf of Ruslana Petryazhna will be **April 7, 2025**;

- Defendants' deadline to file an Answer will be **May 7, 2025**.

Dated: April 1, 2025                                By: */s/ Allison S. Blanco*

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
Michael A. David (*pro hac vice*)
 michael.david@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
Herman H. Yue (*pro hac vice*)
 herman.yue@lw.com
Rachel R. Blitzer (*pro hac vice*)
 rachel.blitzer@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

Allison S. Blanco (SBN 287554)
 allison.blanco@lw.com
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235

ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ~~PROPOSED~~ ORDER SETTING DEADLINES
CASE NO. 5:24-cv-04710-EJD

By: /s/ Rose S. Lee

**MORRISON & FOERSTER LLP**
Joseph Charles Gratz (SBN 240676)
 jgratz@mofo.com
Melody Ellen Wong (SBN 341494)
 melodywong@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Carolyn Myrle Homer
 cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597
Email: cmhomer@mofo.com

Max I. Levy
 mlevy@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

Rose S. Lee
 roselee@mofo.com
707 Wilshire Boulevard, Ste. 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5355

*Attorneys for Defendants OpenAI, Inc., and OpenAI OpCo, L.L.C.*


By:  /s/ L. Timothy Fisher
**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Joshua B. Glatt

*Attorneys for Plaintiffs David Millette and Ruslana Petryazhna*

**[PROPOSED] ORDER**

Upon review of the foregoing stipulation of the Parties, and finding good cause for the same, the Court hereby amends the following deadlines as follows:

- Plaintiffs' deadline to file a Second Amended Complaint removing the dismissed claims and dismissing David Millette from this action and asserting a single claim for direct copyright infringement on behalf of Ruslana Petryazhna will be **April 7, 2025**;
- Defendants' deadline to file an Answer will be **May 7, 2025**.

The Case Management Conference set for 4/17/2025 and related deadlines are VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2025

Hon. Edward J. Davila
United States District Judge